In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-249 CR


____________________



HAROLD LEE THOMAS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98711






MEMORANDUM OPINION



 Appellant Harold Lee Thomas was indicted for burglary of a habitation. Thomas pled
guilty pursuant to a plea bargain. The trial court found the evidence sufficient to find
Thomas guilty, but deferred further proceedings, placed Thomas on community supervision
for four years, and assessed a fine of $500. The State subsequently filed a motion to revoke
Thomas's unadjudicated community supervision. Thomas pled "true" to one of the alleged
violations of the terms of his community supervision. The trial court found that Thomas
violated the terms of his community supervision, found Thomas guilty of burglary of a
habitation, and assessed punishment at thirteen years of confinement. Thomas then filed this
appeal.

 Thomas's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). Thomas filed a pro se brief in response. The Court of Criminal Appeals directs
that we not address the merits of issues raised in Anders briefs or pro se responses. Bledsoe
v. State, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Rather, an appellate court may
determine either: (1) "that the appeal is wholly frivolous and issue an opinion explaining that
it has reviewed the record and finds no reversible error[;]" or (2) "that arguable grounds for
appeal exist and remand the cause to the trial court so that new counsel may be appointed to
brief the issues." Id.

 We have determined that this appeal is wholly frivolous. We have independently
examined the clerk's record and the reporter's record, and we agree that no arguable issues
support an appeal. See id. Therefore, we find it unnecessary to order appointment of new
counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim.
App. 1991). We affirm the trial court's judgment. (1)



 AFFIRMED.




 _______________________________

 STEVE McKEITHEN

 Chief Justice 

Submitted on December 19, 2007 

Opinion Delivered January 2, 2008

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.